AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marcus Brooks, )<br>*Petitioner* )<br>v. )<br>Warden Thomas )<br>*Respondent* ) | Civil Action No.   6:15-cv-02963-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Marcus Brooks, shall take nothing of the respondent, Warden Thomas, as to the petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Kevin McDonald, United States Magistrate Judge, which recommended granting the respondent's motion to dismiss.

Date:   October 26, 2015                                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    *s/Ashley Buckingham*
                                                                                                    *Signature of Clerk or Deputy Clerk*